FLORENCE K. KEARNES v. R. W. GRAY, EXECUTOR.

(Filed 18 April, 1917.)

**Appeal and Error—Rules of Court—Record—Requisites.**

> Under Rule 19 of the Supreme Court, the record on appeal should contain an index and should set forth the name of the judge before whom the case was tried and the term of court. Upon failure therein the appeal may be dismissed by the Court under Rule 20. But in this case a date is named by which time the necessary corrections must be sent up or the appeal will stand dismissed. The costs of additional matter are taxed against appellant, irrespective of the final result of the appeal.

APPEAL by defendant from GUILFORD.

*King & Kimball for plaintiff.*
*A. Wayland Cooke and Clifford Frazier for defendant.*

PER CURIAM. The transcript of the record fails to comply with the requirements of Rule 19, among other respects, in that it has no index of the record. It is further defective for it does not set forth by what judge or at what term the judgment appealed from was rendered.

Under Rule 20 the Court might dismiss the appeal for the defects in the record, but it will put the case at the end of the fourteenth District, with leave to the appellant to send up the corrections necessary in the record, but without leave for further argument. If the corrections are not printed and sent up by the time prescribed, the appeal will stand dismissed. The clerk will send notice of this order to the appellant.

The requirements in regard to the transcript on appeal have been made as simple as possible, and only those matters are prescribed which are necessary for the consideration of appeals. But what is set out in the rule is deemed by us essential, and cannot be dispensed with. The costs of this amendment to the transcript will be taxed against the appellant, without right of recovery against the appellee, whatever may be the final result of the action.

Order accordingly.